# Court of Appeals
# of the State of Georgia

ATLANTA,  February 06, 2019

*The Court of Appeals hereby passes the following order:*

**A19A1228.  HATCHER MANAGEMENT HOLDINGS, LLC v. ALSTON & BIRD, LLP.**

Upon consideration of the Consent Motion to Remand Appeal Pending Trial Court's Preparation of Entire Record, said motion is hereby GRANTED.

Upon consideration of the Consent Motion to Stay Appeal, said motion is hereby DISMISSED AS MOOT.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  02/06/2019*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*